CUOMO LLC
BY: OSCAR MICHELEN (OM 5199)
200 Old Country Road
Suite 2 South
Mineola, NY  11150-4242
Tel: 516-741-3222
Fax: 516 741-3223
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
_____x

JULIE DERMANSKY

                        Plaintiff,

       -v-

                                              **ANSWER TO**
                                            **COMPLAINT**

AMMOLAND, INC.,                        Case No. 18cv14141(FLW)(TJB)
                               Defendant.
_____x

The defendant AMMOLAND, INC.,  ("Defendant") by and through its attorneys, Cuomo

LLC, as and for their Answer to the  Complaint of the Plaintiff in this action,  respectfully

sets forth and allege as follows, upon information and belief, based upon the files

maintained in our office:

**RESPONSES WITH RESPECT TO THE
NATURE OF THE ACTION PARAGRAPH**

1.  With respect to the allegations contained in Paragraph 1 of the Complaint, the

Defendants state that such allegations consist of statements and/or conclusions of law to

which no responsive pleading is required. However, to the extent that a response may be

deemed required, the Defendants deny knowledge or information sufficient to form a

belief as to the truth or falsity of the allegations contained in such Paragraph and respectfully refer all matters of law to the Court.

## RESPONSES WITH RESPECT TO THE
## "JURISDICTION AND VENUE" PARAGRAPHS

2.   With respect to the allegations contained in Paragraph 2 of the Complaint, the Defendant states that such allegations consist of statements and/or conclusions of law to which no responsive pleading is required. However, to the extent that a response may be deemed required, the Defendant denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in such Paragraph and respectfully refer all matters of law to the Court.

3.  With respect to paragraph 3, the defendant does not contest personal jurisdiction.

4.  With respect to paragraph 4, the defendant does not contest venue.

## RESPONSES WITH RESPECT TO THE
## "THE PARTIES" PARAGRAPHS

5. Defendant denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph 5 of the Complaint.

6. Defendant admits the allegations contained in Paragraph 6 of the Complaint.

## RESPONSES WITH RESPECT TO
## "STATEMENT OF FACTS" PARAGRAPHS

7. Defendant denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph 7 of the Complaint.

8. Defendant denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph 8 of the Complaint.

9. Defendant denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph 9 of the Complaint.

10. Defendant denies the allegations contained in Paragraph 10 of the Complaint.

11.  With respect to the allegations contained in Paragraph 11 of the Complaint, the Defendants state that such allegations require conclusions of law to which no responsive pleading is required. However, to the extent that a response may be deemed required, the Defendants deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in such Paragraph and respectfully refer all matters of law to the Court.

## RESPONSES WITH RESPECT TO THE
## FIRST CLAIM FOR RELIEF

12. With respect to the allegations contained in Paragraph 12 of the Complaint, the Defendant states that the Defendant repeats and realleges the responses in all preceding paragraphs as if fully set forth herein.

13. Defendant denies the allegations contained in Paragraph 13 of the Complaint.

14. Defendant denies the allegations contained in Paragraph 14 of the Complaint.

15. Defendant denies the allegations contained in Paragraph 15 of the Complaint.

16. Defendant denies the allegations contained in Paragraph 16 of the Complaint.

17. Defendant denies the allegations contained in Paragraph 17 of the Complaint.

18. Defendant denies the allegations contained in Paragraph 18 of the Complaint.

## AFFIRMATIVE AND OTHER DEFENSES

The Defendant asserts the following affirmative and other defenses without assuming any burden of production or proof that they would not otherwise have. The Defendant further asserts that, to the extent that the Plaintiff's claims as alleged are vague or unclear, so as to render it difficult or impossible to identify and assert every possible affirmative or other defense, the Defendant hereby expressly reserves the rights to assert additional defenses should further proceedings in this action, including the progress of any discovery, reveal that such additional defenses

### AS AND FOR A FIRST DEFENSE TO THE PLAINTIFF'S COMPLAINT

Any use of the subject photograph constituted a fair use under the law

### AS AND FOR A SECOND DEFENSE TO THE PLAINTIFF'S COMPLAINT

After its initial publication, the photograph had limited if any commercial value and would not have any license value in the marketplace

### AS AND FOR A THIRD DEFENSE TO THE PLAINTIFF'S COMPLAINT

Any use of the photograph was de minimus

### AS AND FOR A FOURTH DEFENSE TO THE PLAINTIFF'S COMPLAINT

Any damages caused by the use of the photograph were de minimus

### AS AND FOR A FIFTH DEFENSE TO THE PLAINTIFF'S COMPLAINT

The Defendant states, in the alternative if necessary, that if it may be found to have violated any law or regulation, that any such violation was not willful.

**AS AND FOR A SIXTH DEFENSE TO THE PLAINTIFF'S COMPLAINT**

Had Plaintiff sought a license fee for the use of the image, Defendant would not have licensed the image.

**AS AND FOR A SEVENTH DEFENSE TO THE PLAINTIFF'S COMPLAINT**

The image had no commercial value as after its initial publication it has been proliferated across the Internet and plaintiff has failed to take reasonable steps to enforce any rights in the photograph

**RESERVATION OF RIGHTS TO ASSERT ADDITIONAL DEFENSES**

The Defendant states that it currently has insufficient knowledge or information on which to form a belief as to whether they may have additional, as yet unstated, defenses available. As such, the Defendant expressly reserves the right to assert additional defenses, and to seek to amend this Answer to include any such additional defenses, in the event that discovery indicates that any such additional defenses would be appropriate.

WHEREFORE defendant demand judgments in its favor, dismissal of the complaint, interest, costs and disbursements and such other and further relief as the court deems just and proper.

Dated: March 29, 2019                    Respectfully submitted,

                                          /s/ Oscar Michelen /s/

                                          CUOMO LLC
                                          BY: Oscar Michelen
                                          Attorneys for Defendants
                                          200 Old Country Road     Suite 2 South
                                          Mineola, NY 11501-4242
                                          (516)741-3222  fax: (516)741-3223
                                          Email: omichelen@cuomollc.com